1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JULIA M. ADAMS (State Bar No. 230795)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:  415/674-8600
   Facsimile:  415/674-9900
5
   Attorneys for Plaintiff PAULA PIAZZA
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 PAULA PIAZZA, individually and in her       )  **CASE NO. C06-5920 PJH**
   capacity as conservator of RICHARD L.       )
11 PIAZZA; and DISABILITY RIGHTS               )  **STIPULATION AND [PROPOSED]**
   ENFORCEMENT, EDUCATION,                     )  **ORDER CONTINUING DEADLINE TO**
12 SERVICES: HELPING YOU HELP                  )  **CONDUCT JOINT INSPECTION OF**
   OTHERS, a California public benefit         )  **PREMISES**
13 corporation,                                )
                                               )
14       Plaintiffs,                           )
                                               )
15 v.                                          )
                                               )
16 FLAMES COFFEE SHOP,                         )
   ROBERT L. ANTRACCOLI & RUTH L.              )
17 ANTRACCOLI; ELIAS TSIGARIS; GUS             )
   TSIGARIS; PETE TSIGARIS, individuals        )
18 dba FLAMES COFFEE SHOP,                     )
                                               )
19       Defendants.                           )
                                               )
20

21       To facilitate settlement discussions and to increase the likelihood of early settlement by

22 minimizing attorneys' fees and costs during the next thirty (30) days, the parties hereto agree,

23 stipulate and request that the last day for the parties and counsel to conduct the joint inspection

24 ///

25 ///

26 ///

27 ///

28 ///

of the premises be continued to February 5, 2007, and the last day for the parties to complete initial disclosures to be continued accordingly.

The foregoing is in the best interests of the parties.

Dated: December 19, 2006        THOMAS E. FRANKOVICH
                                *A PROFESSIONAL LAW CORPORATION*


By: ___/s/_____
    Julia M. Adams
Attorneys for Plaintiffs PAULA PIAZZA and
DISABILITY RIGHTS ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU HELP OTHERS

Dated: December 28, 2006        McNICHOLS RANDICK O'DEA & TOOLIATOS


By: ___/s/_____
    Brian M. O'Dea
Attorneys for Defendants ROBERT L. ANTRACCOLI &
RUTH L. ANTRACCOLI

Dated: December 19, 2006        CLAPP MORONEY BELLAGAMBA VUCINICH


By: ___/s/_____
    Gregory C. Simonian
Attorneys for Defendants ELIAS TSIGARIS; GUS
TSIGARIS; PETE TSIGARIS

## ORDER

IT IS SO ORDERED that the last day for the parties to hold the joint inspection of the premises is continued to February 5, 2007. Further, it is ordered that the last day for the parties to complete initial disclosures shall be January 29, 2007.

Dated: January 5, 2007        _____
                              Hon. Phyllis J. Hamilton
                              UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO CONDUCT JOINT INSPECTION OF PREMISES        2

**Julia M. Adams**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Tuesday, January 02, 2007 3:28 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:06-cv-05920-PJH Piazza et al v. Flames Coffee Shop et al "Stipulation" |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
***If there is no second hyperlink, there is no electronic document available .***
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from Adams, Julia Marie entered on 1/2/2007 at 3:28 PM PST and filed on 1/2/2007

| | |
|---|---|
| **Case Name:** | Piazza et al v. Flames Coffee Shop et al |
| **Case Number:** | 3:06-cv-5920 |
| **Filer:** | Paula Piazza |
| | Disability Rights Enforcement, Education, Services: Helping You Help Others |

**Document Number:** 12

**Docket Text:**
STIPULATION *and [Proposed] Order Continuing Deadline to Conduct Joint Inspection of Premises* by Paula Piazza, Disability Rights Enforcement, Education, Services: Helping You Help Others. (Adams, Julia) (Filed on 1/2/2007)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**F:\Cases\Flame's Coffee Shop_Hillsdale\Plead\stip re inspection 121906.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/2/2007] [FileNumber=3125298-0] [

1/2/2007

4fc86c3300ea25257886d819f771ff60d83ba2c6459b592c25e162cf3f4080ae6997cc
f028dc2a96c4b50d45a31ef38d5f2cd3d97f249a66b1998383858af643]]

**3:06-cv-5920 Notice will be electronically mailed to:**

Julia Marie Adams    jadams@disabilitieslaw.com

Thomas E. Frankovich    tfrankovich@disabilitieslaw.com

Brian M. O'Dea    bodea@mcnicholslaw.com

Jeffrey Michael Vucinich    jvucinich@clappmoroney.com, cgomez@clappmoroney.com; jrose@clappmoroney.com; pco@clappmoroney.com; sharrington@clappmoroney.com

**3:06-cv-5920 Notice will be delivered by other means to:**

1/2/2007