1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JULIA M. ADAMS    (State Bar No. 230795)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiff PAULA PIAZZA
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10 PAULA PIAZZA, individually and in her   )   **CASE NO. C06-5920 PJH**
   capacity as conservator of RICHARD L.   )
11 PIAZZA; and DISABILITY RIGHTS           )   **STIPULATION AND [PROPOSED]**
   ENFORCEMENT, EDUCATION,                 )   **ORDER CONTINUING DEADLINE TO**
12 SERVICES: HELPING YOU HELP              )   **CONDUCT JOINT INSPECTION OF**
   OTHERS, a California public benefit     )   **PREMISES**
13 corporation,                            )
                                           )
14        Plaintiffs,                      )
                                           )
15 v.                                      )
                                           )
16 FLAMES COFFEE SHOP,                     )
   ROBERT L. ANTRACCOLI & RUTH L.          )
17 ANTRACCOLI; ELIAS TSIGARIS; GUS         )
   TSIGARIS; PETE TSIGARIS, individuals    )
18 dba FLAMES COFFEE SHOP,                 )
                                           )
19        Defendants.                      )
   _____)
20

21        Defendants in this matter have informed plaintiffs of the need for an additional thirty

22 (30) days to continue discussing potential settlement options between themselves.  Therefore,

23 to facilitate settlement discussions between all parties and to increase the likelihood of early

24 settlement by minimizing attorneys' fees and costs, the parties hereto agree, stipulate and

25 request that the last day for the parties and counsel to conduct the joint inspection of the

26 ///

27 ///

28 ///

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO CONDUCT JOINT INSPECTION OF PREMISES        1

premises be continued to March 5, 2007, and the last day for the parties to complete initial disclosures to be continued accordingly.

The foregoing is in the best interests of the parties.

Dated: February 2, 2007         THOMAS E. FRANKOVICH
                                *A PROFESSIONAL LAW CORPORATION*


                                By: _____/s/_____
                                       Julia M. Adams
                                Attorneys for Plaintiffs PAULA PIAZZA and
                                DISABILITY RIGHTS ENFORCEMENT, EDUCATION,
                                SERVICES: HELPING YOU HELP OTHERS

Dated: January 23, 2007         McNICHOLS RANDICK O'DEA & TOOLIATOS


                                By: _____/s/_____
                                       Brian M. O'Dea
                                Attorneys for Defendants ROBERT L. ANTRACCOLI &
                                RUTH L. ANTRACCOLI

Dated: January 23, 2007         CLAPP MORONEY BELLAGAMBA VUCINICH


                                By: _____/s/_____
                                       Gregory C. Simonian
                                       Valerie S. Higgins
                                Attorneys for Defendants ELIAS TSIGARIS; GUS
                                TSIGARIS; PETE TSIGARIS

## **ORDER**

IT IS SO ORDERED that the last day for the parties to hold the joint inspection of the premises is continued to March 5, 2007. Further, it is ordered that the last day for the parties to complete initial disclosures shall be February 26, 2007.

Dated: __February 7__, 2007    _____
                                Hon. Phyllis J. Hamilton
                                UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED / Judge Phyllis J. Hamilton / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*