1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JULIA M. ADAMS    (State Bar No. 230795)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiff PAULA PIAZZA
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7

8                  UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 PAULA PIAZZA, individually and in her      )   **CASE NO. C06-5920 PJH**
   capacity as conservator of RICHARD L.      )
11 PIAZZA; and DISABILITY RIGHTS              )   **STIPULATION AND [~~PROPOSED~~]**
   ENFORCEMENT, EDUCATION,                    )   **ORDER FURTHER CONTINUING THE**
12 SERVICES: HELPING YOU HELP                 )   **DEADLINE TO CONDUCT JOINT**
   OTHERS, a California public benefit         )   **INSPECTION OF PREMISES**
13 corporation,                               )
                                              )
14        Plaintiffs,                         )
                                              )
15 v.                                         )
                                              )
16 FLAMES COFFEE SHOP,                        )
   ROBERT L. ANTRACCOLI & RUTH L.             )
17 ANTRACCOLI; ELIAS TSIGARIS; GUS            )
   TSIGARIS; PETE TSIGARIS,  individuals      )
18 dba FLAMES COFFEE SHOP,                    )
                                              )
19        Defendants.                         )
   _____        )

20

21        Defendants in this matter have requested an additional thirty (30) days to continue

22 discussing potential settlement options between themselves.  Therefore, to facilitate settlement

23 discussions and to increase the likelihood of early settlement by minimizing attorneys' fees and

24 costs, the parties hereto agree, stipulate and request that the last day for the parties and counsel

25 ///

26 ///

27 ///

28 ///

STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO CONDUCT JOINT INSPECTION OF PREMISES          1

1    to conduct the joint inspection of the premises be continued to April 9, 2007, and the last day

2    for the parties to complete initial disclosures to be continued accordingly.

3          The foregoing is in the best interests of the parties.

4

5    Dated: March 5, 2007          THOMAS E. FRANKOVICH
                                    *A PROFESSIONAL LAW CORPORATION*
6

7
                                    By: _____/s/_____
8                                        Julia M. Adams
                                    Attorneys for Plaintiffs PAULA PIAZZA and
9                                    DISABILITY RIGHTS ENFORCEMENT, EDUCATION,
                                    SERVICES: HELPING YOU HELP OTHERS
10

11   Dated: March 5, 2007          RANDICK O'DEA & TOOLIATOS

12

13                                  By: _____/s/_____
                                        Brian M. O'Dea
14                                  Attorneys for Defendants ROBERT L. ANTRACCOLI &
                                    RUTH L. ANTRACCOLI
15

16   Dated: March 5, 2007          CLAPP MORONEY BELLAGAMBA VUCINICH

17

18                                  By: _____/s/_____
                                        Gregory C. Simonian
19                                  Attorneys for Defendants ELIAS TSIGARIS; GUS
                                    TSIGARIS; PETE TSIGARIS
20

21                                  **<u>ORDER</u>**

22         IT IS SO ORDERED that the last day for the parties to hold the joint inspection of the

23   premises is continued to April 9, 2007.  Further, it is ordered that the last day for the parties

24   to complete initial disclosures shall be April 2, 2007.

25                     FINAL CONTINUANCE.

26

27
     Dated: ___March 9_____, 2007    _____
28                                        Hon. Phyllis J. Hamilton
                                         UNITED STATES DISTRICT JUDGE