1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiff PAULA PIAZZA
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 PAULA PIAZZA, individually and in her       )  **CASE NO. C06-5920 PJH**
   capacity as conservator of RICHARD L.       )
11 PIAZZA; and DISABILITY RIGHTS               )  **STIPULATION OF DISMISSAL AND**
   ENFORCEMENT, EDUCATION,                     )  **[PROPOSED] ORDER THEREON**
12 SERVICES: HELPING YOU HELP                  )
   OTHERS, a California public benefit         )
13 corporation,                                )
                                               )
14         Plaintiffs,                         )
                                               )
15 v.                                          )
                                               )
16 FLAMES COFFEE SHOP,                         )
   ROBERT L. ANTRACCOLI & RUTH L.              )
17 ANTRACCOLI; ELIAS TSIGARIS; GUS             )
   TSIGARIS; PETE TSIGARIS, individuals        )
18 dba FLAMES COFFEE SHOP,                     )
                                               )
19         Defendants.                         )
   _____ )
20

21         The parties, by and through their respective counsel, stipulate to dismissal of this action

22 in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the

23 Release and Settlement Agreement ("Agreement") herein, each party is to bear its own costs and

24 attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over

25 enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994)

26 (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

27 ///

28 ///

1   Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2   their designated counsel that the above-captioned action be and hereby is dismissed with
3   prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4   This stipulation may be executed in counterparts, all of which together shall constitute
5   one original document.

7   Dated: August 9, 2007            THOMAS E. FRANKOVICH
                                     *A PROFESSIONAL LAW CORPORATION*

                                     By: /s/ Jennifer L. Steneberg
                                         Jennifer L. Steneberg
                                     Attorneys for Plaintiffs PAULA PIAZZA and
                                     DISABILITY RIGHTS ENFORCEMENT, EDUCATION,
                                     SERVICES: HELPING YOU HELP OTHERS

13  Dated: July 23, 2007             McNICHOLS RANDICK O'DEA & TOOLIATOS

                                     By:   /s/ Brian M. O'Dea
                                           Brian M. O'Dea
                                     Attorneys for Defendants ROBERT L. ANTRACCOLI &
                                     RUTH L. ANTRACCOLI

18  Dated: July 26, 2007             CLAPP MORONEY BELLAGAMBA VUCINICH

                                     By:   /s/ Gregory C. Simonian
                                           Gregory C. Simonian
                                     Attorneys for Defendants ELIAS TSIGARIS; GUS
                                     TSIGARIS; PETE TSIGARIS

///
///
///
///
///
///
///
///

## ORDER

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Release and Settlement Agreement should such enforcement be necessary.

Dated: __August 10__, 2007   _____
Hon. Phyllis J. Hamilton
UNITED STATES

